# FIRST DISTRICT.

Calvin Franks, appellee, v. Interline Freight Company, appellant. Gen. No. 39,118.

Opinion filed April 19, 1937.

Heth & Lister, for appellant. Lord, Lloyd & Bissell, for appellee; John S. Lord and Graydon H. Ellis, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Margaret Fischer et al., appellants, v. John A. Holabird et al., appellees. Gen. No. 39,341.

Opinion filed April 19, 1937.

Harry Abrahams, William Vihon, Leo Rice, Mandel B. Karlov, Louis Wilson, Michael V. Ostrowski, A. E. Noel and Ward, Curtis & Polin, for appellants; Arthur J. Goldberg and Harry Abrahams, of counsel. Taylor, Miller, Busch & Boyden and Cassels, Potter & Bentley, for appellees; Preston Boyden, William H. King, Jr., and Leslie H. Vogel, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

People of the State of Illinois ex rel. John S. Rusch, petitioner, v. Viola Wojcik and Mercedes Tuttle, respondents. Gen. No. 39,351.

Opinion filed April 19, 1937.

Simon Herr, for plaintiff in error. Thomas J. Courtney, State's Attorney and Ditchburne & Lounsbury, for defendants in error; Thomas J. Johnson, Jr., of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.